No. 83–1723.   PRINCE WILLIAM COUNTY, VIRGINIA, ET AL. *v.* HUTTO ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 83–1726.   TOOKES *v.* STYNCHCOMBE, SHERIFF OF FULTON COUNTY, GEORGIA.   C. A. 11th Cir.   Certiorari denied.

No. 83–1727.   WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS *v.* CROW.   C. A. 11th Cir.   Certiorari denied.

No. 83–1729.   BOSS ET AL. *v.* INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIPBUILDERS, BLACKSMITHS, FORGERS & HELPERS.   C. A. 2d Cir.   Certiorari denied.

No. 83–1732.   PHILLIPS *v.* TVA ENGINEERING ASSN., INC., ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 83–1738.   PHILLIPS ET UX. *v.* HOWARD ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 83–1743.   MORRIS ET AL. *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 83–1744.   DEFELICE MARINE CONTRACTORS, INC., DIVISION OF GULF FLEET MARINE OPERATIONS, INC. *v.* RAY.   Ct. App. La., 5th Cir.   Certiorari denied.

No. 83–1753.   HORTON, ADMINISTRATRIX OF THE ESTATE OF EHRLICH *v.* SUPERIOR COURT OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO, ET AL.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 83–1756.   VARGAS *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 83–1758.   LEVENSALER *v.* HARTFORD ACCIDENT & INDEMNITY CO.   C. A. 2d Cir.   Certiorari denied.

No. 83–1760.   ST. PAUL FIRE & MARINE INSURANCE CO. ET AL. *v.* CULVER ET AL.   C. A. 11th Cir.   Certiorari denied.